

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rogelio Torres Velasquez

**Petitioner**

v.

See Attachment

**Respondent.**

Civil Action No. 25-cv-03046-AGS-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the December 17, 2025 hearing, petitioner Rogelio Torres Velazquez's petition for a writ of habeas corpus is GRANTED. The case is hereby closed.

Date: _____2/5/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25-cv-03046-AGS-DEB

Respondents:
Kristi Noem
Secretary, U.S. Department of Homeland Security
Todd Lyons
Acting Director, U.S. Immigration and Customs
Enforcement
Patrick Divver
Field Office Director, San Diego Field Office, U.S.
Immigration and Customs Enforcement
Christopher LaRose
Senior Warden, Otay Mesa Detention Center
Sirce Owen
Acting Director of the Executive Office for
Immigration Review (EOIR), U.S. Department of
Justice
Pamela Bondi
Attorney General, U.S. Department of Justice